FILED by KS D.C.

May 4, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. **21-20277-CR-MIDDLEBROOKS/MCALILEY**

18 U.S.C. § 1956(h)
18 U.S.C. § 982
21 U.S.C. § 963
21 U.S.C. § 959
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

FREDY DONALDO MARMOL VALLEJO and
MICHAEL ADOLF DIXON RIVERS,

Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
(Money Laundering Conspiracy)

Beginning in or around January 2016, the exact date being unknown to the Grand Jury, and continuing until the date of the return of this Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**FREDY DONALDO MARMOL VALLEJO,**

did knowingly and willfully combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to commit an offense against the United States, in violation of Title 18, United States Code, Sections 1956, that is, to knowingly conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing the funds involved in the financial transaction represented the proceeds of some form of unlawful activity, knowing that the transaction was designed in whole and in part

to conceal and disguise the nature, location source, ownership and control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is the felonious importation, receiving, concealing, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States and Honduras.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT TWO
### (International Narcotics Trafficking Conspiracy)

Beginning in or around January 2013, the exact date being unknown to the Grand Jury, and continuing until the date of the return of this Indictment, in the countries of Colombia, Guatemala, Honduras, Costa Rica, Mexico and elsewhere, the defendants,

**FREDY DONALDO MARMOL VALLEJO and
MICHAEL ADOLF DIXON RIVERS,**

did knowingly and willfully combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

With respect to **FREDY DONALDO MARMOL VALLEJO** and **MICHAEL ADOLF DIXON RIVERS,** the controlled substance involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## COUNT THREE
### (International Distribution of Narcotics With Intent to Import)

In or around November 2019, the exact dates being unknown to the Grand Jury, in the countries of Colombia, Guatemala, Honduras, Costa Rica, Mexico and elsewhere, the defendants,

**FREDY DONALDO MARMOL VALLEJO and
MICHAEL ADOLF DIXON RIVERS,**

did knowingly and intentionally distribute a controlled substance in Schedule II, intending, knowing and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **FREDY DONALDO MARMOL VALLEJO and MICHAEL ADOLF DIXON RIVERS,** have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

3. Upon conviction of a violation of Title 21, United States Code, Sections 963 or 959,

as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

4. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, a sum of at least $150,000.00 in U.S. Currency, plus the value of directly forfeitable property, which represents the total amount of funds involved in or derived from the alleged offenses and may be sought as a forfeiture money judgment.

All pursuant to Title 18, United States Code, Section 982 and Title 21, United States Code, Sections 853 and 970.

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Fredy Donaldo Marmol Vallejo
and Michael Adolf Dixon Rivers

_____
                        Defendants/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

☑ Miami   ☐ Key West   ☐ FTL
☐ WPB    ☐ FTP

New defendant(s)  ☐ Yes  ☐ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect **Spanish**
4. This case will take __5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days      ☑
   II   6 to 10 days     ☐
   III  11 to 20 days    ☐
   IV   21 to 60 days    ☐
   V    61 days and over ☐

   (Check only one)
   Petty         ☐
   Minor         ☐
   Misdemeanor   ☐
   Felony        ☑

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

*Walter M. Norkin*
WALTER M. NORKIN
Assistant United States Attorney
Court ID No.    A5502189

\*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** FREDY DONALDO MARMOL VALLEJO

**Case No:** _____

Count #: 1

Conspiracy to commit money laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine knowing it would be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

Count #: 3

Distribution of five (5) kilograms or more of cocaine knowing it would be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** MICHAEL ADOLF DIXON RIVERS

**Case No:** _____

Count #: 2

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine knowing it would be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

Count #: 3

Distribution of five (5) kilograms or more of cocaine knowing it would be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**